AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

the Target Devices as Described in the Affidavit of Special Agent Nathan Coffin dated August 16, 2024

Case No. 3:24-cr-00712

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A to the affidavit of Special Agent Nathan Coffin

located in the _____ District of ___ South Carolina ___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit of Special Agent Nathan Coffin

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 2118 | Burglary involving Controlled Substances |
| 841 | Possession with intent to Distribute Controlled Substances |
| 846 | Conspiracy to PWID |

The application is based on these facts:
See attached affidavit of Special Agent Nathan Coffin.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Nathan J Coffin*
Applicant's signature

Nathan Coffin, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: August 16, 2024

*Paige J Gossett*
Judge's signature

City and state: Columbia, South Carolina

Paige J. Gossett, U.S. Magistrate Judge
Printed name and title